IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ACIE BREWER,
ADC #83459                                                                              PLAINTIFF

v.                                          5:09CV00162HLJ

SHAH SYED, et al.                                                                    DEFENDANTS

ORDER

By Order dated June 10, 2009, this Court directed the issuance of summons and service of plaintiff's complaint on defendants.  Summons was returned, unexecuted, with respect to defendant Shah Syed on July 9, 2009 (DE #8).   Included with the return and filed under seal is a memo from defendants containing defendant Syed's last-known address.  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Shah Syed, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that upon re-issuance of the complaint and summons, the United States Marshal is hereby directed to send plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to plaintiff.

IT IS SO ORDERED this 24th day of July, 2009.

_____
United States Magistrate Judge

1