IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ACIE BREWER,
ADC #83459                                                                                    PLAINTIFF

v.                                            5:09CV00162HLJ

SHAH SYED, et al.                                                                         DEFENDANTS

ORDER

By Order dated June 10, 2009, this Court directed the issuance of summons and service of plaintiff's complaint on defendants. Summons was returned, unexecuted, with respect to defendants Tim Mullins, Neema Suphan, and Nurse Barron on July 28, 2009 (DE ##19-21), and on defendant Shah Syed on July 31, 2009 (DE #23). Included with the returns and filed under seal are memos from defendants containing defendants' last-known addresses. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendants Tim Mullins, Neema Suphan, Nurse Barron, and Shah Syed, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that upon re-issuance of the complaint and summons, the United States Marshal is hereby directed to send plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses prior to forwarding a copy to plaintiff.

IT IS SO ORDERED this 11th day of August, 2009.

_____
United States Magistrate Judge

1