## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ACIE BREWER,**
**ADC #83459**                                                          **PLAINTIFF**

**v.**                              **5:09CV00162BSM/HLJ**

**SHAH SYED,** *et al.*                                          **DEFENDANTS**

## <u>ORDER</u>

The court has received the proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the court adopts them in their entirety.

Accordingly, plaintiff's motion for temporary restraining order, which this court construes as a motion for preliminary injunctive relief (Doc. No. 3) is DENIED.

IT IS SO ORDERED this 13th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE