IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ACIE BREWER,
ADC #83459                                                                                      PLAINTIFF

v.                                              5:09CV00162HLJ

SHAH SYED, et al.                                                                          DEFENDANTS

ORDER

Plaintiff's motion for reconsideration of this Court's October 6, 2009 Order denying his motion to amend (DE #61) is hereby DENIED.

IT IS SO ORDERED this 19th day of November, 2009.

_____
United States Magistrate Judge