IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ACIE BREWER,**
**ADC #83459**                                                              **PLAINTIFF**

**v.**                                **5:09CV00162BSM/HLJ**

**SHAH SYED, et al.**                                                   **DEFENDANTS**

## ORDER

The court has received the proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the court adopts them in their entirety.

Accordingly, defendants Syed, Suphan, and Barron are hereby DISMISSED from plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 15th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE