IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ACIE BREWER,**
**ADC #83459**                                                                                           **PLAINTIFF**

**5:09CV00162BSM/HLJ**

**SHAH SYED, et al.**                                                                                    **DEFENDANTS**

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Henry L. Jones, Jr. The parties have filed no objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo,* it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

The motion for summary judgment filed by defendants Moore and Mullins (Doc. No. 62) is granted, and these defendants are dismissed without prejudice.

IT IS SO ORDERED this 26th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE